UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>RAYMOND CHRISTIAN ET AL.,<br><br>Defendants. | **ORDER**<br><br>12 Cr. 626-ER-4 |

Ramos, D.J.:

    The C.J.A. attorney previously assigned to this case, Andrew Patel, is hereby reappointed to assume representation of the defendant Rashawn Vassell in connection with his motion for sentence reduction, Doc. 546.

    It is SO ORDERED.

Dated:  New York, New York
          February 23, 2024

                                                          Edgardo Ramos, U.S.D.J.