UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

RASHAWN VASSELL,

                Defendant.

**ORDER**

12-cr-626-4 (ER)

R<small>AMOS</small>, D.J.:

      Defendant is directed to reply to his motion for a sentence reduction (Doc. 546) by April 4, 2024.

It is SO ORDERED.

Dated:    March 14, 2024
            New York, New York

                                                    E<small>DGARDO</small> R<small>AMOS</small>, U.S.D.J.