**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                        Telephone 212-349-0230

**By ECF**

March 15, 2024

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

        Re:    U.S. v. Rashawn Vassell
                  12 Cr. 626 (ER)

Dear Judge Ramos:

      This letter is respectfully submitted to request that the date of our reply be adjourned until April 12, 2024.

      I make this request to enable me to discuss this matter with my client before I submit a response. Mr. Vassell is currently housed in the US Penitentiary at Victorville, California. Since I was reappointed to this case, I have been attempting to arrange a legal call with Mr. Vassell. This afternoon, I was advised that the earliest that the facility can accommodate a legal call is the morning of April 4, 2024.

      Accordingly, I am requesting permission to file our reply on April 12th, after I have spoken with Mr. Vassell.

                        Respectfully submitted,

                        /s/Andrew Patel
                        Andrew G. Patel

cc:    All Counsel by ECF

> The reply shall be filed by April 12, 2024.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/15/2024
> New York, New York